INTERESTED UNDERWRITERS AT LLOYDS, as Subrogees of STANLEY STRANG, and Another, Doing Business as STRANG TRUCKING CO., INC., et al., Respondents, v VOLVO OF AMERICA, INC., et al., Appellants, et al., Defendant. No opinion. Concur—Sullivan, J. P., Carro, Rosenberger, Kupferman and Rubin, JJ.